# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 25-23250-JAD** |
| **Erik K. Prunczik** | ) | **Chapter 13** |
| Debtor | ) | Doc No. |
| **Erik K. Prunczik** | ) | **Motion No. WO-1** |
| Movant | ) | |
| v. | ) | |
| **Stora Logistics LLC** | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Stora Logistis LLC**, **ATTN: Payroll Manager**, 1000 Meredith Drive, Apt 1113 Pittsburgh, PA 15205
b. **Erik K. Prunczik**, 139 N. Vireo Drive,m McKees Rocks, PA 15136

Executed on: **December 8, 2025**         **/s/Bryan P. Keenan**
    Bryan  P. Keenan, PA ID No. 89053
    Bryan  P. Keenan  & Associates P.C.
    Attorney for Debtor
    993 Greentree Road, Suite 101
    Pittsburgh, PA 15220
    (412) 922-5116
    keenan662@gmail.com