**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 25-23250-JAD** |
| **Erik K. Prunczik** | ) | **Chapter  13** |
| **Debtor** | ) | **Document No.** |
| **Erik K. Prunczik** | ) | |
| **Movant** | ) | |
| **v.** | ) | |
| **No Respondent** | ) | |

## VERIFIED STATEMENT

**I, Erik K. Prunczik, hereby affirm and attest that my income for the period from May 1, 2025 through September 5, 2025 was on or around a total of $15,426.96. I was unemployed thereafter from September 5, 2025 through October of 2025. I had received w2 wages and have reached out to my former employer to secure my pay stubs and have not received a reply.**

**I certify under the penalty of perjury that the above is true and correct.**

**Signature(s)**

**Date: December 8, 2025**            **/s/ Erik K. Prunczik**

                                                        **Erik K. Prunczik      (Debtor)**