**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No. 25-23250-JAD** |
| **Erik K. Prunczik** ) | **Chapter 13** |
| Debtor ) | **Doc No. ____** |
| **Erik K. Prunczik** ) | |
| Movant ) | **Response: 02/13/2026** |
| v. ) | **Hearing: 2/24/2026** |
| No Respondent ) | **at 10:00 a.m.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**AMENDED APPLICATON TO RETAIN REALTOR/BROKER**

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Application filed on **January 28, 2026** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a motion or answer to the Application were to be filed and served no later than **February 13, 2026.**

It is hereby respectfully requested that the Order to the Application be entered by the court.

**Date: February 16, 2026**          **/s/ Bryan P. Keenan**
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 201
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com