**DEFAULT O/E JAD**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-23250- JAD |
| **Erik K. Prunczik** | ) | Chapter 13 |
|    Debtor | ) | Doc No. ____ |
| **Erik K. Prunczik** | ) | |
|    Movant | ) | |
| v. | ) | Related to Doc. #36 |
|    No Respondent | ) | |

### AMENDED ORDER APPROVING RETENTION OF REALTOR/BROKER

*AND NOW*, this ___20th___ day of ___February___ , 2026 , upon consideration of the APPLICATION TO EMPLOY REALTOR it is ***ORDERED, ADJUDGED and DECREED*** as follows:

   1. The above referenced Application is hereby approved as of the date the Application was filed.

   2. Anthony Leone, Real Estate Agent with Coldwell Banker Realtor whose address is 20510 Route 19Cranberry Twp, PA 16066 is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at (insert property address). A realtor commission in the amount of 5 % on the sale price with a broker fee of $795.00 is tentatively approved, subject to final court order

   3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

2/20/2026

By the Court,

Honorable Jeffery A. Deller
United Stats Bankruptcy Judge

sjk

FILED
2/20/26 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23250-JAD |
| Erik K. Prunczik | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 20, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erik K. Prunczik, 139 N. Vireo Drive, Mc Kees Rocks, PA 15136-1767 |
| r | + | Anthony Leone, Coldwell Banker Realtor, 20510 Route 19, Cranberry Twp, PA 16066-7526 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Erik K. Prunczik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Feb 20, 2026     Form ID: pdf900     Total Noticed: 2

Richard Monti
    on behalf of Creditor Township of Kennedy rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7