## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No. 25-23250-JAD** |
| **Erik K. Prunczik** ) | **Chapter 13** |
|     **Debtor** ) | **Doc No. ____** |
| **Erik K. Prunczik** ) | |
|     **Movant** ) | **Response: 02/13/2026** |
| **v.** ) | **Hearing: 2/24/2026** |
|     **No Respondent** ) | **at 10:00 a.m.** |

### CERTIFICATE OF SERVICE FOR ORDER OF COURT ON DEBTORS' MOTION TO EMPLOY REALTOR

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 25, 2026

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour cmecf@chapter13trusteewdpa.com.
b. **Office of the United States Trustee** ustpregion03.pi.ecf@usdoj.gov
c. **Anthony Leone, realtor, anthony.leone@cbrealty.com**

**2.) Service by First Class Mail--**
**a. all parties on the attached mailing matrix**


Executed on**:** February 25, 2026             **/s/ Bryan P. Keenan**
                                               **Bryan P. Keenan, Esquire**
                                               **PA ID No. 89056**
                                               **Bryan P. Keenan & Associates, P.C.**
                                               **Attorney for Debtors**
                                               **993 Greentree Road, Suite 101**
                                               **Pittsburgh, PA 15220**
                                               **(412) 922-5116**
                                               **keenan662@gmail.com**

Patrick W. Walton & Frances E. Walton
347 Republic Street
Pittsburgh, PA 15211

PNC BANK
PO BOX 94982
CLEVELAND, OHIO 44101

Department Stores National Bank/Macy's
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

Department Stores National Bank/Visa
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788c

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

Asset Acceptance LLC
Po Box 2036
Warren MI 48090

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Pentagon Federal Credit Union
P.O. Box 1432
Alexandria, VA 22313

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Bill Me Later
PO Box 5018
Omaha, NE 68103-2394

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Chase; Chase BP
Attention: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Ic Systems Inc
Re: Kristal Izdorczyk Dmd
Po Box 64378
St. Paul, MN 55164

Wfcb/hsn
Wfnb
Po Box 183043
Columbus, OH 43218

**GE Capital Retail Bank**
c/o Margaret J. Keane, CEO & President
Corporate Headquarters
170 West Election Road
Suite 125
Draper, UT 84020

Ge Capital Retail Bank
c/o Recovery Management Systems Corp
Attn: Singh Ramesh, Director
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

**Comenity Bank**
Timothy P. King, President
Delaware Corporate Center I
One Righter Parkway, Suite 100
Wilmington, DE 19803

**Quantum3 Group LLC,
Rui Pinto Cardoso, President/CEO, 1524 Market Street
Suite 200
Kirkland, Washington 98033-5401**

**Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346**

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

**Earl G. Kleckner**
401 Thompsonville Road
McMurray, PA 15317

Office of IRS Counsel
c/o Edward J. Laubach, Jr., Esquire
601 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Office of the PA Attorney General
c/o T. Lawerence Palmer, Esquire
Manor Complex, 5th Floor
564 Forbes Avenue
Pittsburgh, PA 15219

Northwood Realty Services
c/o Judy Smith, Realtor
4215 Washington Road
McMurray, PA 15317