## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 25-23250-JAD** |
| **Erik K. Prunczik** | ) | **Chapter 13** |
|     **Debtor** | ) | **Doc No.** |
| **Erik K. Prunczik** | ) | |
|     **Movant** | ) | **Re: Claim 2** |
| **vs** | ) | **Response Date: 2/27/2026** |
| **LVNV Funding LLC** | ) | **Hearing Date: 3/10/2026** |
|     **Respondent** | ) | **at 10:00 a.m.** |

### CERTIFICATION OF NO OBJECTION RE:
### DEBTOR'S OBJECTION OTO CLAIM OF
### LVNV FUNDING LLC

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **February 10, 2026** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **February 27, 2026**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: March 2, 2026**　　　　　　　　　　**/s/Bryan P. Keenan**
　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan, PA ID No. 89053
　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan & Associates P.C.
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　993 Greentree Road, Suite 201
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15220
　　　　　　　　　　　　　　　　　　　　　(412) 922-5116
　　　　　　　　　　　　　　　　　　　　　keenan662@gmail.com