**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 25-23250-JAD |
| Erik K. Prunczik ) | Chapter 13 |
|    Debtor ) | |
| Erik K. Prunczik ) | |
|    Movant ) | Re: Claim 2 |
| vs ) | Related to Doc. #39 |
| LVNV Funding LLC ) | |
|    Respondent ) | |

ORDER OF COURT ON
DEBTOR'S OBJECTION TO CLAIM OF
<u>LVNV FUNDING LLC</u>

And now this <u>4th</u>, day of <u>March</u> 2026, upon consideration of the within Motion, it is hereby, **ORDERED, ADJUDGED AND DECREED** that the claim of the Respondent, **LVNV Funding LLC**, docketed at Claim Number # 2-1 on the claims registry be disallowed in its entirety.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall make no distribution in connection with THE disallowed claim of the Respondent, **LVNV Funding LLC**, in the amount of $845.41 docketed at Claim Number # 2-1 on the claims registry.

_____ sjk
Judge Jeffery A. Deller
United States Bankruptcy Judge

FILED
3/4/26 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-1-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re:<br>Erik K. Prunczik<br>      Debtor | Case No. 25-23250-JAD<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Mar 04, 2026     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erik K. Prunczik, 139 N. Vireo Drive, Mc Kees Rocks, PA 15136-1767 |
| 16613274 | + | LVNV Funding LLC, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16614531 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2026 00:06:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Erik K. Prunczik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Richard Monti

on behalf of Creditor Township of Kennedy rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7