# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-23250-JAD |
| **Erik K. Prunczik** | ) | Chapter 13 |
|    Debtor | ) | Doc No. |
| **Erik K. Prunczik** | ) | |
|    Movant | ) | Re: Claim 2 |
| vs | ) | |
| **LVNV Funding LLC** | ) | |
|    Respondent | ) | |

## CERTIFICATE OF SERVICE OF COURT ORDER ON DEBTOR'S OBJECTION OTO CLAIM OF LVNV FUNDING LLC

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on:
The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com


**2.) Service by First Class Mail--**
a. **LVNV Funding, LLC c/o** Bryan Faliero, President  55 Beattie Place, Suite 110 Greenville, SC 29601
b **LVNV Funding, LLC**, c/o Resurgent Capital Services c/o Bryan Faliero, President  PO Box 10587 Greenville, SC 29603-0587


Executed on: **March 9, 2026**          **/s/Bryan P. Keenan**
                                                Bryan P. Keenan, PA ID No. 89053
                                                Bryan P. Keenan & Associates P.C.
                                                Attorney for Debtor
                                                993 Greentree Road, Suite 101
                                                Pittsburgh, PA 15220
                                                (412) 922-5116
                                                keenan662@gmail.com