**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 25-23250-JAD** |
| **Erick Prunzcik** | ) | **Chapter  13** |
| **Debtor** | | |
| **Erick Prunzcik** | ) | **Doc No.** |
| **Movant** | ) | |
| **vs** | ) | **Response Date: 4/30/2026** |
| **Township of Kennedy, LVNV Funding, LLC,** | ) | **Hearing Date: 5/12/2026** |
| **Federal Home Loan Mortgage Corporation,** | ) | **at 10:00 a.m.** |
| **as Trustee for Freddie Mac SLST 2022-1** | ) | |
| **Participation Trust, Kristy Prunzcik** | ) | |
| **and Ronda J. Winnecour,** | ) | |
| **Chapter 13 Trustee** | ) | |
| **Respondents** | ) | |

**PROOF OF PUBLICATION RE MOTION TO SELL  REAL
PROPERTY FREE AND CLEAR OF ALL  MORTGAGES,
LIENS AND ENCUMBRANCES**

<u>**Date:   May 5, 2026**        </u>

/s/ Bryan P. Keenan
**Bryan P. Keenan, Esquire**
**PA ID No. 89056**
**Bryan P. Keenan & Associates, P.C.**
**Attorney for Debtors**
**993 Greentree Road, Suite 201**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss _____ D. Rullo _____, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _regular_ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**23 of April, 2026**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.



PG Publishing Company

Sworn to and subscribed before me this day of:
April 23, 2026

> Commonwealth of Pennsylvania - Notary Seal
> Tracy Kopyar, Notary Public
> Allegheny County
> My commission expires August 18, 2029
> Commission number 1458478

Member, Pennsylvania Association of Notaries

## STATEMENT OF ADVERTISING COSTS

Bryan P Keenan & Associates PC
993 Greentree Rd.
Suite 101
Pittsburgh, PA 15220-3241

To PG Publishing Company
Total ---------------------------------- $1,551.55

## PUBLISHER'S RECEIPT FOR ADVERTISING COSTS

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforesaid advertising and publication costs and certifies that the same have been fully paid.

*Office:*
300 Corliss Street,
Pittsburgh, PA 15220
*Email:* PublicNotices@post-gazette.com
*Phone:* 412-263-1440

PG Publishing Company, a Corporation, Publisher of Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____ Attorney For

### COPY OF NOTICE OR PUBLICATION

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
In Re:
Erick Prunzcik
Debtor
Erick Prunzcik
Movant
vs
Township of Kennedy, LVNV Funding, LLC, Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Trust, Kristy Prunzcik and Ronda J. Winnecour, Chapter 13 Trustee
Respondents
Bankruptcy No. 25-23250-JAD
Chapter 13
Doc No.
Response Date: 4/30/2026
Hearing Date: 5/12/2026 at 10:00 a.m.
**AMENDED NOTICE OF HEARING ON DEBTOR'S MOTION TO SELL** AT PUBLIC SALE, FREE AND DIVESTED OF LIENS
To: Respondents and all Creditors and Parties in Interest of the above named Debtor:
NOTICE IS HEREBY GIVEN THAT **Erick Prunzcik, Debtor/Movant,** has filed a motion for public sale of the following property: 139 **N Vireo Drive McKees Rocks, PA 15136, Block and Lot 110-A-178** to Brilyn Hearn and Zach Kemmer with a mailing address 2772 Center Street Pittsburgh PA 15205 for $270,000.00 according to the terms set forth in the Motion for Sale. The seller has given the buyer a credit of $10,000.00 and, therefore, any offers that exceed $260,000.00 shall be considered a higher/better offer.
TO THE RESPONDENT(S): You are hereby notified that the above Movant seeks an order affecting your rights or property. You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **April 30, 2026** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at https://www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once. A **Zoom Video Conference Hearing will be held on May 12, 2026 at 10:00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application (Zoom),** at which time higher/better offers will be considered and objections to the sale will be heard. To participate in and join a Zoom Hearing parties must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at **https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information)** by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Deller's General Procedures, which can be found at https://www.pawb.uscourts.gov/procedures-0. Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least ten (10) minutes prior to the above scheduled hybrid hearing time:
https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 (Judge Deller's Zoom Procedures), which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing. All persons are also reminded that participating remotely at a hybrid hearing is a courtesy provided by the Court and may be rescinded at any time. All persons are also reminded that pursuant to the Courts Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Arrangements for inspection prior to said sale hearing may be made with:
Anthony Leone, Real Estate Agent
Coldwell Banker Realty
20510 Route 19
Cranberry Twp, PA 16066
Phone: 724-776-2900
Email: anthony.leone@cbrealty.com
Date of service: April 15, 2026 / By Bryan P. Keenan
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 201
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com

Bankruptcy Notice. Case Number: 25-23250-JAD. Debtor: Erick Prunzcik

PAGE 1 OF 2

## Proof of Publication of Notice in Pittsburgh Legal Journal

Bankruptcy Notice

Commonwealth of Pennsylvania  }
                              } SS:
County of Allegheny,           }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the words in the printed notice appearing to the right are the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

### Apr 22, 2026

That affiant further states that he/she is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he/she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

Signature of Affiant

Subscribed and sworn to before me this 22nd day of April, 2026

Notary Public

Bryan P. Keenan
Bryan P. Keenan & Associates, P.C.
993 Greentree Rd., Ste. 201
Pittsburgh, PA 15220

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates. . $1567.50
Proof Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,567.50

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 26-01459

---

In the United States Bankruptcy Court for the Western District of Pennsylvania
In Re: Erick Prunzcik, Debtor
Erick Prunzcik, Movant
Township of Kennedy, LVNV Funding, LLC, Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Trust, Kristy Prunzcik and Ronda J. Winnecour, Chapter 13 Trustee, Respondents
Bankruptcy No. 25-23250-JAD
Chapter 13
Doc. No.
Response Date: 4/30/2026
Hearing Date: 5/12/2026 at 10:00 a.m.
Amended Notice Of Hearing On Debtor's Motion To Sell At Public Sale, Free And Divested Of Liens
To: Respondents and all Creditors and Parties in Interest of the above named Debtor:
Notice Is Hereby Given That Erick Prunzcik, Debtor/Movant, has filed a motion for public sale of the following property: 139 N. Vireo Drive, McKees Rocks, PA 15136, Block and Lot: 110-A-178 to Brilyn Hearn and Zach Kemmer with a mailing address 2712 Center Street, Pittsburgh, PA 15205 for $270,000.00 according to the terms set forth in the Motion for Sale. The seller has given the buyer a credit of $10,000.00 and, therefore, any offers that exceed $260,000.00 shall be considered a higher/better offer.
To The Respondent(s):
You are hereby notified that the above Movant seeks an order affecting your rights or property.
You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than April 30, 2026 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at https://www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.
You should take this Notice and the Motion to a lawyer at once.

---

Commonwealth of Pennsylvania - Notary Seal
Marye Zoe Young, Notary Public
Allegheny County
My commission expires November 8, 2029
Commission number 1408873
Member, Pennsylvania Association of Notaries

A Zoom Video Conference Hearing will be held on May 12, 2026 at 10:00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"), at which time higher/better offers will be considered and objections to the sale will be heard. To participate in and join a Zoom Hearing parties must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Deller's General Procedures, which can be found at https://www.pawb.uscourts.gov/procedures-o.

Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least ten (10) minutes prior to the above scheduled "hybrid" hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473.

All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-jeffery-deller.

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Arrangements for inspection prior to said sale hearing may be made with: Anthony Leone, Real Estate Agent, Coldwell Banker Realty, 20510 Route 19, Cranberry Twp., PA 16066, Phone: 724-776-2900, Email: anthony.leone@cbrealty.com

Date of service: April 15, 2026

/s/ Bryan P. Keenan
Bryan P. Keenan, PA ID No. 89053,
Bryan P. Keenan & Associates P.C.,
Attorney for Debtor, 993 Greentree Road,
Suite 201, Pittsburgh, PA 15220, (412) 922-5116, keenan662@gmail.com
26-01459 Apr 22, 2026