# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Erik K. Prunczik

        Debtor(s)

PNC BANK, NATIONAL ASSOCIATION, its
successors and/or assigns
        Movant
        vs.

Erik K. Prunczik
        Debtor(s)

Ronda J. Winnecour
        Trustee

CHAPTER 13

NO. 25-23250 JAD

Related to Docs. #56, 62 and 70

## ORDER OF COURT

And on this _11th_ day of _ May_____, 2026, it is hereby ORDERED that the Objection to Motion to Sell, which was filed with the Court on or about April 29, 2026, is hereby WITHDRAWN.

By the Court,

Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
5/11/26 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Erik K. Prunczik

    Debtor

Case No. 25-23250-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Erik K. Prunczik, 139 N. Vireo Drive, Mc Kees Rocks, PA 15136-1767

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Bryan P. Keenan

    on behalf of Debtor Erik K. Prunczik keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Keri P. Ebeck

    on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel

    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew Fissel

    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Richard Monti

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: May 11, 2026                       Form ID: pdf900                               Total Noticed: 1

on behalf of Creditor Township of Kennedy rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7