UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy No. 25-23250-JAD** |
| **Erick Prunzcik** | ) | **Chapter  13** |
| Debtor | | |
| **Erick Prunzcik** | ) | **Doc No.**   67 |
| Movant | ) | |
| vs | ) | **Response Date: 4/30/2026** |
| **Township of Kennedy, LVNV Funding, LLC,** | ) | **Hearing Date: 5/12/2026** |
| **Federal Home Loan Mortgage Corporation,** | ) | **at 10:00 a.m.** |
| **as Trustee for Freddie Mac SLST 2022-1** | ) | |
| **Participation Trust, Kristy Prunzcik** | ) | |
| **and Ronda J. Winnecour,** | ) | Related to Doc. #56 |
| **Chapter 13 Trustee** | ) | |
| Respondents | ) | |

**AMENDED ORDER CONFIRMING CHAPTER 13 SALE
OF PROPERTY FREE AND DIVESTED OF LIENS**

AND NOW, this 13th day of May 2026, on consideration of the Debtor/Movant, Erick Prunzcik, Motion for Sale of Property Free and Divested of Liens to Brilyn Hearn and Zach Kemmer for **$270,000.00,** after hearing held in Courtroom D, 54 Floor,600 Grant Street, Pittsburgh, PA, this date, the Court finds:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion for private sale, viz:

**DATE OF SERVICE**                    **NAME OF LIEN OR AND SECURITY**

April 13, 2026                               **Township of Kennedy**
                                                        c/o GRB Law
                                                        525 William Penn Place
                                                        Pittsburgh, PA 15219
                                                        (Re: Municipal Lien)

April 13, 2026                               **LVNV Funding, LLC**
                                                        c/o Resurgent Capital Services
                                                        PO Box 10587
                                                        Greenville, SC 29603-0587
                                                        (Re: Judgment Lien Docket # GD 24 006745

1

April 13, 2026

**Federal Home Loan Mortgage Corporation,
as Trustee for Freddie Mac SLST 2022-1
Participation Trust**
C/O Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of serviced duly filed and that the named parties were duly served with the Motion.

(3) That said sale hearing was duly advertised in (Publication) the Pittsburgh Legal Journal, on **April 22, 2026**  and Pittsburgh Post Gazette on **April 23, 2026**, as shown by the Proof of Publications duly filed.

 (4) That at the sale hearing the highest/best offer received was that of the above Purchaser and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of **$270,000.00** offered by the buyers, Brilyn Hearn and Zach Kemmer was a full and fair price for the property in question.

(6) That the Purchaser has acted in good faith with respect to the within sale in accordance with In re Abbotts Dairies of Pennsylvania, Inc., 788 F2d. 143 (3d Cir. 1986).

 Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED** that the sale by Special Warranty deed of the real property described as **139 N Vireo  Drive McKees Rocks, PA 15136, Block and Lot: 110-A-178** is hereby CONFIRMED to **Brilyn Hearn and Zach Kemmer of 2712 Center Street Pittsburgh PA 15205** for **$270,000.00,** free and divested of the above recited liens and claims, and, that the Movant is authorized to make, execute and deliver to the Purchaser(s) above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

**IT IS FURTHER ORDERED**, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

**FURTHER ORDERED**, that the following expenses/costs shall immediately be paid at the time of closing. Failure of the closing agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order.

(1)   The following lien(s)/claim(s): *

    a. **Township of Kennedy, Municipal lien,**   $11,972.30

    b. **LVNV Funding, LLC**   $2,705.50

  c. **Federal Home Loan Mortgage Corporation,**   $162,824.54
**as Trustee for Freddie Mac SLST 2022-1
Participation Trust**

* The actual amounts shall be determined at closing. The amounts indicated are the face amounts set forth in the proof of claim at the time of filing and have accrued interest.

(2)   Delinquent real estate taxes, if any;   **$0.00**

(3)   Current real estate taxes, pro-rated to the date of closing;   **TBD**

(4)   The costs of local newspaper advertising estimated at;   **$1,551.55**
and, reimbursed to Bryan P. Keenan & Associates, P.C.
at 993 Greentree Road, Suite 201, Pittsburgh, PA 15220

(5)   The costs of legal journal estimated at;   **$1567.50**
and, reimbursed to Bryan P. Keenan & Associates, P.C.
at 993 Greentree Road, Suite 201, Pittsburgh, PA 15220

(6)   The Court approved realtor commission in the amount of   **$14,295.00** ;

(7)   Court approved attorney fees/costs in the amount of   **$1,441.50.**

(8)   Chapter 13 Trustee "percentage fees" in the amount of   **$3,809.57**
payable to **"Ronda J. Winnecour, Ch. 13 Trustee,
P.O. Box 2587, Pittsburgh, PA. 15230";**

(9)   Estimated closing expenses:   **$4,000.00**

    a) Municipal Lien Letters   $200.00
    b) State and Local Transfer Tax;   $2,700.00
    c) Settlement Fee   $200.00
    d) New Deed and Notary Fees   $350.00
    e) Tax Certifications   $200.00
    f) Domestic Lien Search:   $200.00
    g) Patriot Act Search   $150.00

(10)   Seller Assist:   **$10,000.00**

(11) The co-owner, Kristy L. Prunczik, shall receive 1/2 of the net
actual proceeds estimated at:   **$27,916.27**

(12) The Debtor,  Erik K. Prunczik  shall receive 1/2 of the   **$27,916.27**
net proceeds estimated at $27,916.27; however, this
shall not exceed $31,575.00 pursuant to his exemption

3

   (13)  The Debtors un-exempt net proceeds", that exceed $31,575.00,  from the closing as identified on the HUD-to the Chapter 13 Trustee payable to "Ronda J. Winnecour, Ronda J. Winnecour, Chapter 13 Trustee, W.D. CHAPTER 13 TRUSTEE, W.D. PA. PO Box 84051 Chicago, IL 60689 4002; and,

**FURTHER ORDERED** that:

(1) Closing shall occur within thirty (30) days of this Order and, within five (5) days following closing, the Movant shall file a report of sale;

(2) This Sale Confirmation Order survives any dismissal or conversion of the within case; and,

(3) Within five (5) days of the date of this Order, the Movant shall serve a copy of the within Order on each Respondent (i.e., each party against whom relief is sought)and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the Purchaser, and the attorney for the Purchaser, if any, and file a certificate of service.

5/13/2026

_____ sjk
JEFFERY A. DELLER
United States Bankruptcy Judge

FILED
5/13/26 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

4

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 25-23250-JAD

Erik K. Prunczik | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Erik K. Prunczik, 139 N. Vireo Drive, Mc Kees Rocks, PA 15136-1767

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Bryan P. Keenan
    on behalf of Debtor Erik K. Prunczik keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew Fissel
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard Monti

District/off: 0315-2                                    User: auto                                        Page 2 of 2

Date Rcvd: May 13, 2026                                Form ID: pdf900                               Total Noticed: 1

on behalf of Creditor Township of Kennedy rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7