**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 25-23250-JAD** |
| **Erick Prunzcik** | ) | **Chapter  13** |
|     **Debtor** | | |
| **Erick Prunzcik** | ) | **Doc No.** |
|     **Movant** | ) | |
| **vs** | ) | **Response Date: 4/30/2026** |
| **Township of Kennedy, LVNV Funding, LLC,** | ) | **Hearing Date: 5/12/2026** |
| **Federal Home Loan Mortgage Corporation,** | ) | **at 10:00 a.m.** |
| **as Trustee for Freddie Mac SLST 2022-1** | ) | |
| **Participation Trust, Kristy Prunzcik** | ) | |
| **and Ronda J. Winnecour,** | ) | |
| **Chapter 13 Trustee** | ) | |
|     **Respondents** | ) | |

### CERTIFICATE OF SERVICE OF  AMENDED ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **: May 18, 2026**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour cmecf@chapter13trusteewdpa.com.
b. **Office of the United States Trustee** ustpregion03.pi.ecf@usdoj.gov
**c.** Anthony Leone, Real Estate Agent with Coldwell Banker Realtor at aleone82@gmail.com

**2.) Service by First Class Mail--**
a. **all parties on the attached mailing matrix**
b. **Internal Revenue Service** c/o Jill L. Locnikar, Esq.  Assistant United States Attorney, US Post Office & Courthouse, 700 Grant St. Suite 4000, Pittsburgh, PA 15219.
c. **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346
d. **Pennsylvania Department of Revenue** c/o Arnold A. Barnabei, Esquire, Office of Chief Counsel, PA Dept Rev., Dept. 281061, Harrisburg, PA 17128-1061
e. **Brilyn Hearn and Zach Kemmer** 2712 Center Street Pittsburgh PA 15205
f. **Kristy Prunczik** 1003 Countryside Dr. McKeesRocks, PA 15136.

**Date:  May 18, 2026**

**/s/ Bryan P. Keenan**
**Bryan P. Keenan, Esquire**
**PA ID No. 89056**
**Bryan P. Keenan & Associates, P.C.**
**Attorney for Debtors**
**993 Greentree Road, Suite 201**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**