# IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 25-23250-JAD** |
| **Erik K. Prunczik** | ) | **Chapter  13** |
| **Debtor** | ) | **Doc No.** |
| **Erik K. Prunczik** | ) | |
| **Movant** | ) | |
| **v.** | ) | |
| **No Respondent** | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the U.S. Bankruptcy Court:

1. Please be advised that the Debtor, Erik Prunczik, is no longer receiving mail at the following address:

Erik Prunczik
139 N. Vireo Drive
McKees Rocks, PA 15136

2. The new mailing address of the Debtor, Erik Prunczik, is as follows:

Erik Prunczik
1108 4th Avenue
Coraopolis, PA 15108

**WHEREFORE**, the Debtor requests that the Clerk update the Debtor's address.

Respectfully submitted,

**Date:  May 29, 2026**          **/s/ Bryan P. Keenan              .**
**Bryan P. Keenan, Esquire, PA I.D. No. 89053**
**Bryan P. Keenan & Associates, P.C.**
**Attorneys for the Debtor**
**993 Greentree Road, Suite 201**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**