

6/1/2026

Rhonda Winnecour, Chapter 13 Trustee

600 Grant St., Ste 3250

Pittsburgh, PA 15219-2712

RE:    ERIK K PRUNCZIK

    Chapter 13 Case No. 2523250

    Court Claim 5 | Claim Amount: $2,705.50

    Creditor Name: Resurgent Capital Services its successors and assigns as of LVNV Funding, LLC

Dear Rhonda Winnecour:

This letter is to inform you that we have received the full claim distributions from your office for the above-referenced claim.  Based on our records and other administrative evaluation, we deem the claim settled in full and request that No further distributions be made on this claim.

Thank you for your attention to this matter.

Best regards,

Resurgent Capital Services
Servicer for LVNV Funding, LLC

*55 Beattie Place, Suite 110 ● MS #101 ● Greenville, SC 29601 ● (877) 264-5884, option 3 ● askbk@resurgent.com*