UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankr. Case No. 25-23250-JAD

Erik K. Prunczik                                          Chapter 13
     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Bankr. Case No. 25-23250-JAD

Erik K. Prunczik                                                                Chapter 13
        Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 27, 2026 :


Bryan P. Keenan                              Ronda Winnecour
993 Greentree Road                           600 Grant Street
Suite 200                                    Suite 3250 USX Tower
Pittsburgh, PA 15220                         Pittsburgh, PA 15219


By  /s/  Mandy Youngblood _____
        Mandy Youngblood

xxxxx22191 / 1124269